AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __GEORGIA__

| | |
|---|---|
| UNIT3D STATES OF AMERICA<br>Plaintiff (s),<br>V.<br>AMJED HASAN HAJJAJ<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 7:23-cr-65-WLS-TQL-14 |

Notice is hereby given that, subject to approval by the court, __AMJED HASAN HAJJAJ (14)__ substitutes
(Party (s) Name)

__MICHAEL WALLACE, Esq.__, State Bar No. __734183__ as counsel of record in
(Name of New Attorney)

place of __JOHN PHILIP CANNON, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: MIKE WALLACE LAW FIRM
Address: 2870 PEACHTREE STREET #915-17115 ATLANTA, GEORGIA 30305
Telephone: (404) 424-9887    Facsimile (404) 935-0902
E-Mail (Optional): attywallace@hotmail.com

I consent to the above substitution.
Date: 9/3/2024

Amjed hasan Hajjaj
*/s/ AMJED HASAN HAJJAJ (Sep 3, 2024 11:26 PDT)*
(Signature of Party (s))

I consent to being substituted.
Date: 9/3/2024

John Philip Cannon

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9/3/2024

*Mike Wallace*
Michael Wallace (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/9/2024

*W. Louis Sands*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]