IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Case No.** |
| **AMJED HASAN HAJJAJ,** | : | **7:23-cr-065-WLS-TQL-14** |
| | : | |
| Defendant. | : | |
| _____ | : | |

## **ORDER**

Before the Court are Defendant Amjed Hasan Hajjaj's Motion for Leave of Court to Request a Bill of Particulars (Doc. 452) ("Request for Leave") filed September 6, 2024, and Defendant Amjed Hajjaj's Motion to Compel Disclosure of Cooperating Defendants and Informants (Doc. 456) ("Motion to Compel") filed September 9, 2024.

Federal Rule of Criminal Procedure 7(f) provides that a defendant may move for a bill of particulars within 14 days after arraignment "or at a later time if the court permits." Defendant Hajjaj was arraigned on September 14, 2023. Thus, permission of the Court is required for him to file a motion for a bill of particulars. The Request for Leave combines the request for permission to file a "late" motion for bill of particulars and the actual motion. In his Motion to Compel, Defendant Hajjaj requests the Court compel the Government to disclose the "identities of any cooperating defendants, informants, or witnesses and any related information regarding the inducements, agreements, and other benefits provided to them in exchange for their cooperation." (Doc. 456 at 3).

To resolve these pretrial motions, and to continue to move Defendant Hajjaj's and his co-defendants' cases to trial as expeditiously as is appropriate, the Government is hereby **ORDERED** to file its responses to the Request for Leave (Doc. 452) and the Motion to Compel (Doc. 456) on or before **Tuesday, September 17, 2024**. Except upon the filing of a

written motion and entry of an order finding good cause, no further briefs shall be filed with respect to the Request for Leave or the Motion to Compel.

**SO ORDERED**, this 10th day of September 2024.

                                                                                  /s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**