## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.  : | **Case No.** |
| **AMJED HASAN HAJJAJ,** : | **7:23-cr-065-WLS-TQL-14** |
| : | |
| **Defendant.** : | |
| _____ : | |

### ORDER

Before the Court is Defendant Amjed Hasan Hajjaj's Motion to Modify/Clarify Protective Order and Transfer Discovery to New Counsel (Doc. 486) ("Motion") filed September 25, 2024. Defendant seeks an amendment to the Protective Order (Doc. 299) entered in this case to clarify that Defendant's prior counsel Philip Cannon of Meeks and Cannon, P.C. is permitted to transfer all discovery materials, including the government-funded hard drive, in Defendant's case to his new counsel, Michael Wallace and Mike Wallace Law Firm, P.C.

The Government is hereby **ORDERED** to file its responses to the Motion on or before **Monday, October 7, 2024**. Except upon the filing of a written motion and entry of an order finding good cause, no further briefs shall be filed with respect to the Motion (Doc. 486).

**SO ORDERED**, this 2nd day of October 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**