IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : <br> : <br> v.  : <br> : **CASE NO:** <br> **AMJED HASAN HAJJAJ,** : **7:23-CR-65 WLS-TQL-14** <br> : <br> **Defendant.** : <br> _____ : | |

## **ORDER**

A pretrial conference is currently scheduled to take place in this matter on November 13, 2024, at 3:00 p.m. in Valdosta, Georgia. (Doc. 528). Before the Court is Defendant Amjed Hasan Hajjaj's ("Hajjaj") Motion to Cancel Pretrial Conference (Doc. 558) ("PTC Motion"). Therein, Hajjaj, by and through his counsel Michael Wallace, notifies the Court that Defendant Hajjaj has agreed to enter into a plea agreement with the Government, resolving all pending issues in this matter. Hajjaj's agreement to change his plea renders the Pretrial Conference unnecessary as to Hajjaj. Therefore, Hajjaj requests that the Pre-Trial Conference be cancelled as to Hajjaj. Defense Counsel represents that Assistant United States Attorney Monica L. Daniels has been consulted and the Government does not oppose the relief requested in the PTC Motion. Further, Hajjaj's motion to sever (Doc. 488) is current set for an *ex parte* hearing on November 13, 2024. As noted by Defense Counsel, Hajjaj's agreement to change his plea renders Hajjaj's motion to sever moot.

Accordingly, it is hereby **ORDERED** that:

1. To conserve judicial resources and prevent unnecessary production of the Defendant, Hajjaj's Motion (Doc. 558) is **GRANTED** to the extent that Defendant Hajjaj and his counsel, are excused from attending the November 13, 2024 Pre-Trial Conference.

2. A change of plea hearing for Defendant Hajjaj will take place on **Thursday, December 19, 2024 at 2:00 p.m. in Albany, Georgia**. In the event Hajjaj continues to reside in California, he shall immediately make arrangements to be present at his change of plea hearing.

3.   The Motion to Sever Defendant Amjed Hasan Hajjaj Pursuant to the Bruton Rule (Doc. 448) is **DENIED AS MOOT**.

**SO ORDERED**, this 13th day of November 2024.

>   /s/ W. Louis Sands
>   **W. LOUIS SANDS, SR. JUDGE**
>   **UNITED STATES DISTRICT COURT**