IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No. |
| AMJED HASAN HAJJAJ, | : 7:23-cr-065-WLS-TQL-14 |
| Defendant. | : |

## ORDER

Before the Court the Defendant Amjed Hasan Hajjaj's Motion to Reconsider Remand to Custody (Doc. 640) ("Motion") filed January 7, 2025.

To permit the Court to promptly address the Motion, the Government is hereby **ORDERED** to file its responses to the Motion on or before close of business on **Thursday, January 16, 2025**.

**SO ORDERED**, this 9th day of January 2025.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**